ATTORNEY GRIEVANCE       \*       IN THE COURT OF APPEALS
COMMISSION OF MARYLAND           OF MARYLAND

                                        \*

                                        Misc. Docket AG No. 5
v.                                    \*       September Term, 2016

EDWIN ATTEH QUARTEY       \*       Circuit Court for Montgomery Co.
                                          Case No. 32176-M

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Edwin A. Quartey, to suspend the Respondent from the practice of law for a period of six (6) months. The Court having considered the Petition, it is this 15th day of December 2016

ORDERED, that Respondent, Edwin A. Quartey, be and he hereby is suspended from the practice of law in the State of Maryland for a period of six (6) months for violating Rules 1.1, 1.3, 3.2, and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct; it is further

ORDERED, that, within fifteen (15) days from the date of this Order, the Respondent shall notify his current clients of his suspension from the practice of law, that he is no longer able to provide them legal representation, and that they should seek the assistance of another attorney; it is further

ORDERED, that, no later than twenty (20) days from the date of this Order, the Respondent shall provide notification to Bar Counsel that he has complied with the foregoing; and it is further

ORDERED, that, the Clerk of the Court shall remove the name Edwin A. Quartey from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19- 736(d).

                                 /s/ Mary Ellen Barbera
                                 Chief Judge